# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Demontay Markeith Payne, Respondent.

Appellate Case No. 2021-001097

———————

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————

Appeal From Barnwell County
Doyet A. Early, III, Circuit Court Judge

———————

Opinion No. 2023-MO-014
Heard October 4, 2023 – Filed October 18, 2023

———————

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

———————

Attorney General Alan Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, Assistant Attorney General William Joseph Maye, all of Columbia, and Solicitor John William Weeks of Aiken, for Petitioner.

Breen R. Stevens, of Columbia, for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Payne*, 434 S.C. 121, 862 S.E.2d 81 (Ct. App. 2021). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**